IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
DIVISION THREE

| | | |
|---|---|---|
| STATE OF WASHINGTON, | ) | |
| | ) | No. 37481-5-III |
| Respondent, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| VALENTIN PALOMARES, | ) | UNPUBLISHED OPINION |
| | ) | |
| Appellant. | ) | |

STAAB, J. — Valentin Palomares appeals the imposition of a discretionary community supervision fee imposed at resentencing. The State concedes error. We accept the concession and remand with instructions to strike the community supervision fee from the judgment and sentence. *State v. Dillon*, 12 Wn. App. 2d 133, 152, 456 P.3d 1199 (2020). There being no other challenges, Mr. Palomares' sentence is otherwise affirmed.

A majority of the panel has determined this opinion will not be printed in the Washington Appellate Reports, but it will be filed for public record pursuant to RCW 2.06.040.

_____
Staab, J.

WE CONCUR:

_____          _____
Fearing, J.                                               Lawrence-Berrey, J.